IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-00395 CRB |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER MODIFYING** |
| ) | **CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | |
| CHANG SOO YOUN, et al. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Good cause appearing,

IT IS HEREBY ORDERED that Chang Soo Youn's release conditions be MODIFIED to allow travel outside the district provided he obtains approval in advance of any such travel from Pretrial Services. All other conditions not inconsistent with this order shall remain in full force and effect.

SO ORDERED

DATED    April 27, 2006
_____        _____
                               HONORABLE _____
                               UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

1