1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)
5  Assistant United States Attorneys

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-6774
     Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 05-0395 CRB
                                     )
15       Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME FROM JUNE
16  v.                               )    7, 2006 TO SEPTEMBER 11, 2006
                                     )    UNDER THE SPEEDY TRIAL ACT
17  CHANG SOO YOUN,                  )
                                     )
18       Defendant.                  )
                                     )
19

20      The parties hereby stipulate as follows:

21      1. On June 7, 2006, the parties appeared before the Court, and the Court set a September 11,

22  2006 trial date for this matter.

23      2. The parties agree that the time between June 7, 2006 and September 11, 2006 should be

24  excluded from the Speedy Trial clock.  Previously, the Court declared this case complex.  See 18

25  U.S.C. § 3161(h)(8)(B)(ii).  Further, defense counsel is continuing to review the discovery in this

26  case, which exceeds 50,000 pages, and includes numerous Korean language documents and call

27  transcripts.  Additionally, the government expects to provide numerous additional boxes of

28  discovery, which defense counsel will need to review to prepare for trial.

ORDER
CR 05-0395 CRB                          1

1    Thus, the parties agree that a continuance is necessary for the effective preparation of defense

2    counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3    The parties also agree that the ends of justice served by excluding the period from June 7, 2006

4    to September 11, 2006 outweigh the interest of the public and the defendant in a Speedy Trial.

5    See id. § 3161(h)(8)(A).

6

7    STIPULATED:

8
         June 19, 2006                              /S/  PETER B. AXELROD____
9    DATE                                           PETER B. AXELROD
                                                    LAUREL BEELER
10                                                  Assistant United States Attorneys

11
         June 19, 2006                              /S/   BRIAN BERSON_____
12   DATE                                           BRIAN BERSON
                                                    Attorney for Chang Soo Youn
13

14                                  **ORDER**

15       For good cause shown, with the agreement of the parties, and for the reasons stated above,

16   the Court orders time excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from June 7, 2006,

17   to September 11, 2006.  The Court finds that the failure to grant the requested exclusion would

18   deny defense counsel reasonable time necessary for effective preparation taking into account the

19   exercise of due diligence.  Further, the Court finds the exclusion warranted on complexity

20   grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii).  Thus, the Court finds that the ends of justice

21   served by granting the requested exclusion outweigh the best interest of the public and the

22   defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore

23   concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A),

24   (h)(8)(B)(ii) and (h)(8)(B)(iv).

25       IT IS SO ORDERED.

26

27   DATED:_ June 20, 2006____

28                                                  _____
                                                    CHARLE
                                                    United St



ORDER
CR 05-0395 CRB                                      2