KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0395 CRB |
|    Plaintiff, ) | REQUEST, STIPULATION AND ORDER |
|    v. ) | |
| CHANG SOO YOUN, ) | |
|    Defendant. ) | |

   This matter is currently on the Court's calendar for August 16, 2006. Through counsel, defendant Chang Soo Youn and the United States ask the Court to vacate the August 16, 2006 date based on the defendant's anticipated change-of-plea and set a date of August 30, 2006, for the change-of-plea.

   1. The parties have an agreement in principle and are in the process of working out the language of a plea agreement for approval. The parties require additional time to finalize the documents.

\\

\\

ORDER
CR 05-0395 CRB       1

2. Previously, the Court excluded time until September 11, 2006, and thus there are no Speed Trial issues.

STIPULATED:

```
 August 14, 2006                          /S/  PETER B. AXELROD
DATE                                     PETER B. AXELROD
                                         LAUREL BEELER
                                         Assistant United States Attorneys


 August 14, 2006                          /S/   BRIAN BERSON
DATE                                     BRIAN BERSON
                                         Attorney for Chang Soo Youn
```

## **ORDER**

For good cause shown, with the agreement of the parties, and for the reasons stated above, the Court vacates the August 16, 2006 hearing and sets the matter for change-of-plea on August 30, 2006, at 2:15 p.m.

IT IS SO ORDERED.

DATED: August 15, 2006

CHARLES R. BREYER
United States District Judge



ORDER
CR 05-0395 CRB                           2