1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6774
      Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 05-0395 CRB
                                     )
15         Plaintiff,                )    REQUEST, STIPULATION AND ORDER
                                     )
16      v.                           )
                                     )
17  CHANG SOO YOUN,                  )
                                     )
18         Defendant.                )
                                     )
19  _____

20      This matter is currently on the Court's calendar for August 16, 2006. Through counsel,

21  defendant Chang Soo Youn and the United States ask the Court to vacate the August 16, 2006

22  date based on the defendant's anticipated change-of-plea and set a date of August 30, 2006, for

23  the change-of-plea.

24      1. The parties have an agreement in principle and are in the process of working out the

25  language of a plea agreement for approval. The parties require additional time to finalize the

26  documents.

27  \\

28  \\

ORDER
CR 05-0395 CRB                            1

2. Previously, the Court excluded time until September 11, 2006, and thus there are no Speed Trial issues.

STIPULATED:

|   August 14, 2006   |   /S/  PETER B. AXELROD   |
DATE                  PETER B. AXELROD
                      LAUREL BEELER
                      Assistant United States Attorneys


|   August 14, 2006   |   /S/   BRIAN BERSON   |
DATE                  BRIAN BERSON
                      Attorney for Chang Soo Youn

### **ORDER**

For good cause shown, with the agreement of the parties, and for the reasons stated above, the Court vacates the August 16, 2006 hearing and sets the matter for change-of-plea on August 30, 2006, at 2:15 p.m.

IT IS SO ORDERED.

DATED: August 15, 2006

CHARLES R. BREYER
United States District Judge

